IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jeffrey Whitney, | ) | |
| | ) | C.A. No.  0:22-cv-01958-SAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| York County Council on Alcohol and Drug | ) | |
| Abuse, Inc. d/b/a Keystone Substance Abuse | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

Pursuant to 28 U.S.C. § 1441(a) and (b), Defendant files this Notice of Removal to

remove this action from the Court of Common Pleas for York County, South Carolina, to the

United States District Court for the District of South Carolina, and state:

1.      This action was commenced in the Court of Common Pleas for York County,

South Carolina, on May 18, 2022, by filing of the Summons and Complaint. The Summons and

Complaint, copies of which are attached, were thereafter served on Defendant on May 23, 2022.

2.      The action referred to in paragraph 1 is a civil action over which this court has

original and removal jurisdiction under 28 U.S.C. §§ 1331, 1343 and 1441(a) and (b). In

particular, the court has jurisdiction under 28 U.S.C. §§ 1331, 1343, and 1441(a) and (b) in that it

appears upon the face of the Complaint that this action arises under the Constitution and laws of

the United States, specifically, Fair Labor Standards Act § 29 U.S.C. *201 et seq.*

3.      This Notice of Removal is filed within thirty (30) days after service of the

Summons and Complaint upon Defendant and is therefore timely under 28 U.S.C. § 1446(b).

4.      Copies of all pleadings and papers served on Defendant to date are attached and filed with this Notice of Removal.

5.      Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff.

6.      A true and correct copy of this Notice of Removal will be filed with the Clerk of Court for the Court of Common Pleas for York County, South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes this action to this Court's jurisdiction.

Respectfully submitted,

s/ R. Hayne Hodges
R. Hayne Hodges, III (FID # 9663)
Christopher W. Johnson (FID # 7581)
GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
900 Elmwood Avenue, Suite 100
Columbia, South Carolina  29201
Phone: (803) 799-9311
Fax:  (803) 254-6951
hhodges@gsblaw.net
cjohnson@gsblaw.net

ATTORNEYS FOR DEFENDANT

June 21, 2022

Columbia, South Carolina